SCOTT E. BRADFORD
United States Attorney
District of Oregon
**PETER D. SAX**
Assistant United States Attorney
peter.sax@usdoj.gov
1000 SW Third Avenue, Suite 600
Portland, OR 97204-2902
Telephone: (503) 727-1000
Attorneys for United States of America

**UNITED STATES DISTRICT COURT**

**DISTRICT OF OREGON**

**UNITED STATES OF AMERICA**

**v.**

**HECTOR MIRANDA-MENDOZA,**

**Defendant.**

**3:25-mj-00281**

**MOTION TO DISMISS COMPLAINT**

Pursuant to Federal Rule of Criminal Procedure 48(a), the United States moves to dismiss the complaint in the above captioned case filed on October 2, 2025, without prejudice in the interests of justice because defendant has been taken into administrative custody and is outside of this jurisdiction. Opposing counsel Ellie Riegel indicated she does not oppose dismissal of the complaint.

Dated: October 29, 2025.

Respectfully submitted,

SCOTT E. BRADFORD
United States Attorney

*/s/ Peter Sax*
PETER D. SAX
Assistant United States Attorney