AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

District of Oregon

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No. 3:25-MJ-00281 |
| HECTOR MIRANDA-MENDOZA | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT
## BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____September 27, 2025_____ in the county of _____Multnomah_____ in the
_____ District of _____Oregon_____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 39A | Aiming a laser pointer at an aircraft |

This criminal complaint is based on these facts:

See Attached Affidavit

☑ Continued on the attached sheet.

_____/s/_____ , via Telephone
*Complainant's signature*

_____ , Special Agent FBI
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
telephone at __3:59__ p.m.

Date: ___10/1/2025___

_Stacie F. Beckerman_
*Judge's signature*

City and state: _____Portland, Oregon_____

Hon. Stacie F. Beckerman
*Printed name and title*

DISTRICT OF OREGON, ss:            AFFIDAVIT OF ███████████

**Affidavit in Support of a Criminal Complaint and Arrest Warrant**

I, ███████████, being duly sworn, do hereby depose and state as follows:

**Introduction and Agent Background**

1.      I am a Special Agent with the Federal Bureau of Investigation and have been since December 2020.   My current assignment is as an investigator assigned to the Portland field office's domestic terrorism and weapons of mass destruction squad.   I am trained in techniques and methods used to investigate violations of federal law and threats to national security.   My investigative experience includes cases involving destruction of critical infrastructure, threats to damage property, the use and creation of destructive devices, and efforts to use violence or the threat of violence in support of or to counter a particular ideology.   I have training and experience in the manufacturing and use of destructive devices.   I conducted investigations where electronic devices were used to conduct planning and communication prior to, during, and in preparation for illegal activity.

2.      I submit this affidavit in support of a criminal complaint and arrest warrant for HECTOR MIRANDA-MENDOZA (hereinafter, "MENDOZA"), date of birth January XX, 1990, for committing the crime of Aiming a Laser Pointer at an Aircraft, in violation of 18 U.S.C. § 39A.   As set forth below, there is probable cause to believe, and I do believe, that MENDOZA committed the crime of Aiming a Laser Pointer at an Aircraft, in violation of 18 U.S.C. § 39A.

3.      The facts and information set forth in this Affidavit are based upon my personal knowledge obtained during this investigation, information provided to me by other investigators,

**Affidavit of** ███████████                                                          **Page 1**

as well as documents and records obtained through the course of this investigation.   This case is being investigated by the FBI, with assistance from various federal, state and local law enforcement agencies.

4.     Because I am submitting this Affidavit for the limited purpose of establishing probable cause for the requested warrant and complaint, I have not included every fact known to me concerning this investigation.

## Applicable Law

5.     Title 18, U.S.C. § 39A provides whoever knowingly aims the beam of a laser pointer at an aircraft in the special aircraft jurisdiction of the United States, or at the flight path of such an aircraft, shall be fined under this title or imprisoned not more than 5 years, or both.

## Summary

6.     During the evening of September 27, 2025, between approximately 10:10 p.m. and 10:20 p.m., an unidentified individual or individuals pointed a green beam from a laser pointer at multiple aircraft in the Portland area.   The aircraft targeted with the laser pointer included a Cessna Skylane 944, Portland Police Bureau (PPB) aircraft I33, PPB aircraft I99, and Customs and Border Patrol (CBP) Airbus H125 helicopter, with tail number 2108J (hereinafter, "CBP Helicopter").   As detailed below, law enforcement traced the laser strikes to the front porch of a residence located at XXXX NE Crystal Lane, Portland, Oregon 97218 (hereinafter, "the Residence"), and subsequently identified MENDOZA as the person who intentionally pointed a green laser beam at aircraft, including the CBP Helicopter.

7.     At about 10:10 p.m. on September 27, 2025, an unknown individual on the porch of the Residence pointed a green beam from a laser pointer at the CBP Helicopter.

**Affidavit of** ▓▓▓▓▓▓▓▓                                                      **Page  2**

8.      On September 27, 2025, an FBI Portland Special Agent interviewed CBP Helicopter crew members, Victim 1 (hereinafter, "V1") and Victim 2 (hereinafter "V2"),[1] following the laser beam strike on their aircraft.   Their original mission was to overwatch the Portland ICE building.   They took off from Hillsboro, Oregon, and flew to around 5,000 feet around the Portland ICE building.   There was a temporary flight restriction (TFR) around the ICE building for one mile.   V1 and V2 reported that around 10:10 p.m. on September 27, 2025, their helicopter started getting lit up by a laser on and off for about ten minutes.   They deviated the helicopter around four miles north to identify the source of the laser.   They used an on-board mapping system to locate the origin of the laser—which they determined was originating from the porch of the Residence.

9.      V1 and V2 reported that the laser pointer did not cause any permanent damage to the aircraft, nor did either of them personally sustain any lasting physical damage.   But V1 had to deploy a mask as there was a flash along the cockpit, and V2 was hit in the eyes by the laser beam and had to avert his gaze.   In their training and experience, the laser can cause blindness and spotting in vision, making it a challenge to find other aircraft and obstacles, which could lead to a catastrophic event.

10.     The September 27, 2025, laser strikes on the CBP Helicopter occurred while the aircraft was in the special aircraft jurisdiction of the United States.

11.     On September 27, 2025, at approximately 10:20 p.m., officers from the Port of Portland Police Department (POPPD) responded to the Residence based on a Portland Police Bureau (PPB) report of a green laser strike on a PPB aircraft.   According to written reports, my

---

[1] The identities of V1 and V2 are known to the writer of this affidavit.

**Affidavit of** █████████                                                    **Page  3**

conversation with a responding POPPD officer, and my review of body camera footage from the event, officers approached the front porch of the Residence on foot to conduct a knock and talk. Officers walked up the pathway to the steps of the front porch of the Residence, where they encountered four adult males who were sitting in chairs on the front porch. An officer spoke with the four men on the front porch in Spanish and asked them if they had been using a laser. The men acknowledged, and one of the men explained that they were "testing it out." One of the males identified himself as "Hector Miranda Mendoza." He stated that he had pointed the laser into the sky, but he did not believe it would reach anything. MENDOZA handed the officer a black pen style laser with a green beam. The officer told MENDOZA that he was seizing the laser as evidence. The officer issued MENDOZA a property receipt for the laser. During the conversation with MENDOZA, responding officers did not enter the Residence. A screenshot from the bodycam footage is below, that shows MENDOZA handing the laser pointer to the officer:[2]

/ / /

/ / /

/ / /

/ / /

/ / /

---

[2] When POPPD Officers contacted MENDOZA and seized the laser pointer on September 27, 2025, they did so in response to laser strikes on PPB aircraft. The officers were unaware at the time that the CBP Helicopter had also been lased. Accordingly, POPD memorialized the events in a report, but did not alert the FBI of the seizure over the weekend, prior to the FBI executing the search warrant on September 29, 2025. I do not view this fact as relevant to the Court's probable cause determination. I include it here to be candid and to help the Court follow the timeline of events.

**Affidavit of** ███████        **Page 4**



12.     MENDOZA's confession about using the laser pointer appears to be confirmed by video surveillance footage from the CBP Helicopter, which shows a green beam of laser emitting from the porch of the Residence.   The green beam of laser aimed at the CBP Helicopter from 21:11:45 to 21:11:49, per the surveillance video's time stamps.   The green beam of laser was seen again emitting from the porch of the Residence from 21:12:29 until 21:12:36, from 21:12:57 until 21:13:11, and from 21:14:07 until 21:14:10.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

**Affidavit of** ███████████                                    **Page 5**





/ / /

/ / /

/ / /

/ / /

/ / /

**Affidavit of** ███████████                                    **Page  6**



**FBI Executes Search Warrant on The Residence**

13.      On September 28, 2025, at approximately 3:37 p.m., United States Magistrate Judge Stacie F. Beckerman signed search warrant 3:25-mc-01097 for the Residence, to find evidence related to violations of Title 18 U.S.C. § 39A.

14.      On September 29, 2025, FBI Portland executed a search warrant on the Residence.   The residents present were BERNITO ZAMORA, DOB January XX, 1977, ANDRES LOPEZ, DOB September XX, 1994, DIOGENES ALBORES, DOB March XX, 1972, and HECTOR MIRANDA-MENDOZA.   MENDOZA spoke voluntarily with agents after being read his rights.   He stated that on Saturday he and the guys were all drinking.   He decided to get his new laser from Amazon out and show everyone.   He knew it was strong and shot far, but did not know the exact range.   He thought the helicopter was a drone at first, because it kept circling at a distance that was too far to hear the rotor blades.   He remembers flashing the helicopter four or five times but could not tell if they were hitting it or not.   Sometime between 5 and 10

**Affidavit of** ███████████                                           **Page  7**

minutes after they stopped playing with the laser, law enforcement showed up and confiscated the laser as evidence.   FBI Portland Special Agents did not find any laser pointers at the Residence during the search warrant execution.

15.    On September 29, 2025, during the search warrant execution, ZAMORA, LOPEZ, ALBORES, and MENDOZA were arrested by Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) on immigration related charges.

### Conclusion

16.    Based on the foregoing, I have probable cause to believe, and I do believe, that MENDOZA, intentionally pointed a green beam from a laser pointer at multiple aircraft from the porch of the Residence, including at the CBP Helicopter.   I have probable cause to believe, and I do believe, that MENDOZA violated 18 U.S.C. § 39A.   I therefore request that the Court issue a criminal complaint and arrest warrant for MENDOZA.

17.    Prior to being submitted to the Court, this affidavit, the accompanying complaint and the arrest warrant were all reviewed by Assistant United States Attorney (AUSA) Peter Sax, and AUSA Sax advised me that in his opinion the affidavit and complaint are legally and factually sufficient to establish probable cause to support the issuance of the requested criminal complaint and arrest warrant.

*By phone pursuant to Fed R. Crim. P. 4.1*
███████████, Special Agent
Federal Bureau of Investigation

Subscribed and sworn in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone at __3:59 p.m.__ on October 1, 2025.

_____
HON. STACIE F. BECKERMAN
United States Magistrate Judge

**Affidavit of** ███████████                                      **Page  8**